# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: BERKUN, HELEN | § Case No. 11-36116 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objections to the Final Report will be held at 1:30 pm on January 10, 2014 in Courtroom A, Lake County Courthouse,
North Branch Court
1792 Nicole Lane
Round Lake Beach, Il 60073.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 12/01/2013          By:  /s/JOHN E. GIERUM
                                                                              Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: BERKUN, HELEN § Case No. 11-36116
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 14,062.05 |
| *and approved disbursements of* | $ 386.12 |
| *leaving a balance on hand of* [1] | $ 13,675.93 |
| **Balance on hand:** | $ 13,675.93 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 13,675.93

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 2,156.21 | 0.00 | 2,156.21 |

Total to be paid for chapter 7 administration expenses: $ 2,156.21
Remaining balance: $ 11,519.72

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 11,519.72

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $35,195.52 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Illinois Department of Revenue | 35,195.52 | 0.00 | 11,519.72 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 11,519.72 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 56,571.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (WFNNB) | 3,099.13 | 0.00 | 0.00 |
| 2 | Atlas Acquisitions LLC (WFNNB - VICTORIA'S SEC) | 1,040.65 | 0.00 | 0.00 |
| 3 | Discover Bank | 4,102.54 | 0.00 | 0.00 |
| 4 | Midland Funding LLC | 2,737.48 | 0.00 | 0.00 |
| 5 | Quantum3 Group LLC | 2,243.70 | 0.00 | 0.00 |
| 6 | BArneys New York | 2,885.57 | 0.00 | 0.00 |
| 7 | Fifth Third Bank | 32,342.99 | 0.00 | 0.00 |
| 8 | Portfolio Recovery Associates, LLC | 3,796.22 | 0.00 | 0.00 |
| 9 | Us Dept Of Education | 4,323.70 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOHN E. GIERUM
                              Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                       Case No. 11-36116-ABG
Helen Berkun                                                 Chapter 7
          Debtor
                             CERTIFICATE OF NOTICE
District/off: 0752-1         User: dpruitt              Page 1 of 3              Date Rcvd: Dec 04, 2013
                             Form ID: pdf006            Total Noticed: 74


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2013.
db           +Helen Berkun,   440 Town Place Circle,    Buffalo Grove, IL 60089-6717
17756844      Allied Account Services, Inc.,   422 Bedford Ave.,    Bellmore, NY 11710-3564
17756845     +Allied Interstate,   3000 Corporate Exchange Drive,    5th Floor,   Columbus, OH 43231-7723
17756847     +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
17756849      Associated Recovery Systems,   PO Box 469046,    Escondido, CA 92046-9046
17756850      Assset Recovery,   2200 E. Devon Ave., Ste. 200,    Des Plaines, IL 60018-4501
18334422     +Atlas Acquisitions LLC  (WFNNB - VICTORIA’S SEC),    294 Union St.,   Hackensack, NJ 07601-4303
18334421     +Atlas Acquisitions LLC  (WFNNB),   294 Union St.,    Hackensack, NJ 07601-4303
18541843     +BArneys New York,   c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas, TX 75374-0933
17756851     +Barneys Ny Cred Co,   1201 Valley Brook Ave,    Lyndhurst, NJ 07071-3509
17756852      Blatt, Hasenmiller, Leibsker, Moore,   125 South Wacker Drive, Suite 400,
               Chicago, IL 60606-4440
17756853     +Blmdsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
17756857     +Certified Reporting Company,   11 E. Adams St.,    Ste. 1608,   Chicago, IL 60603-6304
17756859     +Chase Bank,   c/o Michael D. Fine, Esq.,    131 S. Dearborn,   Chicago, IL 60603-5520
17756860     +Chase Home Finance,   1820 East Sky Harbor Circle, South,    Phoenix, AZ 85034-4810
17756861     +Chase-Tjx,   Po Box 15298,   Wilmington, DE 19850-5298
17756865     +Equable Ascent Financi,   5 Revere Dr.,    Northbrook, IL 60062-1566
17756866      Eugene Pergament MD,   100 W. North Ave.,    Lock Box 2,   Chicago, IL 60610-1303
17756869      FMS, Inc.,   PO BOX 707601,   Tulsa, OK 74170-7601
18573006     +Fifth Third Bank,   9441 LBJ Freeway, Suite 350,    Dallas, Texas 75243-4652
17756867     +Fifth Third Bank,   c/o Markoff & Krasny,    29 N. Wacker Dr., Ste. 550,   Chicago, IL 60606-2851
17756868     +Fifth Third Bank,   c/o Blatt Hasenmiller,    125 S. Wacker Drive, Unit 400,
               Chicago, IL 60606-4440
17756873     +GYN Specialists of Northwestern,   680 N. Lake Shore Dr.,,    Ste. 115,   Chicago, IL 60611-4495
17756874     +Harris & Harris,   222 Merchandise Mart Plaza,    Ste. 1900,   Chicago, IL 60654-1421
17756875     +Hsbc Bank/Marhsall,   Po Box 5253,   Carol Stream, IL 60197-5253
17756876     +Hsbc/Neimn,   Po Box 15221,   Wilmington, DE 19850-5221
20562818      Illinois Department of Revenue,   Bankruptcy Section,    P.O. Box 64338,
               Chicago, Illinois 60664-0338
17756877      Integrity Financial Partners, Inc.,    PO box 11530,   Overland Park, KS 66207-4230
17756878     +J.C.Christensen & Associates, Inc.,    PO Box 519,   Sauk Rapids, MN 56379-0519
17756879     +JP Morgan ChaseBank,   c/o Heavner, Scott & Beyers,    111 E. Main St., Ste. 200,
               Decatur, IL 62523-1204
17756882     +LVN Funding, LLC,   c/o Weltman Weinberg & Reis,    180 N. LaSalle St., Unit 240,
               Chicago, IL 60601-2501
17756881     +Lhr Inc,   56 Main St,   Hamburg, NY 14075-4905
17756884     +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
19932186      Midland Funding LLC,   By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
17756890     +NCB Management Services, Inc.,   PO Box 1099,    Langhorne, PA 19047-6099
17756889     +National City Real Estate,   c/o Codilis & Assoc.,    15W030 N. Frontage Road,
               Burr Ridge, IL 60527-6921
17756896     +Northland Group, Inc.,   PO Box 390846,    Minneapolis, MN 55439-0846
17756899     +Northshore University HealthSystems,   Hospital Billing,    23056 Network Place,
               Chicago, IL 60673-1230
17756900      Northwest Communicty Hospital,   PO Box 95698,    Chicago, IL 60694-5698
17756901      Northwestern Medical Faculty Found.,   6840 N. Lake Shore Drive,    Ste. 1000,   Chicago, IL 60611
17756903     +Northwestern Memorial Hospital,   PO Box 73690,    Chicago, IL 60673-7690
17756904     +Oxford Management Services,   Po Box 505,    Linden, MI 48451-0505
18667626    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,     c/o Neiman Marcus,  POB 41067,
               Norfolk VA 23541)
17756905     +Portfolio Recvry&Affil,   120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
17756907     +Rosenfeld, Hafron, Shapiro & Farmer,   221 N. LaSalle St.,    Ste. 1763,   Chicago, IL 60601-1461
17756909    ++SOURCE RECEIVABLES MANAGEMENT,   PO BOX 4068,    GREENSBORO NC 27404-4068
             (address filed with court: Source Receivables Management,     3859 Battleground Ave.,  Ste. 303,
               Greensboro, NC 27410)
17756908      Saks,   PO Box 17051,   Baltimore, MD 21297-1051
17756914     +Us Dept Of Education,   Po Box 5609,   Greenville, TX 75403-5609
17756915     +Village of Arlington Heigths,   Po Box 95349,    Palatine, IL 60095-0349
17756916      Vision Financial Corp.,   Po Box 800,    Purchase, NY 10577-0800
17756917     +Wfnnb/Victorias Secret,   Po Box 182128,    Columbus, OH 43218-2128
17756918     +Wfnnb/West Elm,   4590 E Broad St,   Columbus, OH 43213-1301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17756848     +E-mail/Text: RBALTAZAR@ARMORSYS.COM Dec 05 2013 01:07:45     Armor Systems Corp.,
               1700 Kiefer Drive, Ste. 1,   Zion, IL 60099-5105
17955313     +E-mail/Text: bnc@atlasacq.com Dec 05 2013 01:05:42     Atlas Acquisitions LLC,   294 Union St.,
               Hackensack, NJ 07601-4303
17756854     +E-mail/Text: cms-bk@cms-collect.com Dec 05 2013 01:06:08     Capital Management Services, Inc.,
               726 Exchange Street, Ste. 700,   Buffalo, NY 14210-1464
18345965      E-mail/PDF: rmscedi@recoverycorp.com Dec 05 2013 01:14:58     Capital Recovery IV LLC,
               c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
```

```
District/off: 0752-1           User: dpruitt              Page 2 of 3                  Date Rcvd: Dec 04, 2013
                               Form ID: pdf006            Total Noticed: 74

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
17756858      +E-mail/Text: bk.notifications@jpmchase.com Dec 05 2013 01:06:14      Chase,    Po Box 901076,
               Ft Worth, TX 76101-2076
17756862       E-mail/Text: BKRMailOps@weltman.com Dec 05 2013 01:06:45       Citi,
               c/o Weltman, Weinberg & Reis Co.,    323 W. Lakeside Ave. Ste. 200,    Cleveland, OH 44113-1009
18340143       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 05 2013 01:15:45      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
17756863      +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 05 2013 01:15:00      Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
17756864      +E-mail/Text: bknotice@erccollections.com Dec 05 2013 01:06:45       Enhanced Recovery Corp.,
               8014 Bayberry Road,    Jacksonville, FL 32256-7412
17756870       E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2013 01:49:50       GE Money Bank,    PO Box 960061,
               Orlando, FL 32896-0061
17756871      +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2013 01:15:45       Gemb/Banana Rep,    Po Box 981400,
               El Paso, TX 79998-1400
17756872      +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2013 01:15:00       Gemb/Gap,    Po Box 981400,
               El Paso, TX 79998-1400
17756883      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 05 2013 01:15:33       Lvnv Funding Llc,
               Po Box 740281,    Houston, TX 77274-0281
17756886      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 05 2013 01:06:33       Midland Credit Mgmt,    8875 Aero Dr,
               San Diego, CA 92123-2255
17756888       E-mail/Text: mmrgbk@miramedrg.com Dec 05 2013 01:06:42       MiraMed Revenue Group,    Po Box 536,
               Linden, MI 48451-0536
17756893      +E-mail/Text: bankruptcydepartment@ncogroup.com Dec 05 2013 01:06:58
               NCO Finaical Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
17756894       E-mail/Text: bankruptcydepartment@ncogroup.com Dec 05 2013 01:06:59
               NCO Financial Systems Inc.,    Po Box 4907,   Trenton, NJ 08650-4907
17756891      +E-mail/Text: bankruptcydepartment@ncogroup.com Dec 05 2013 01:06:59       Nco Fin/22,
               507 Prudential Rd,    Horsham, PA 19044-2308
17756895      +E-mail/Text: bnc@nordstrom.com Dec 05 2013 01:05:50       Nordstrom Fsb,    Po Box 6555,
               Englewood, CO 80155-6555
18531293       E-mail/Text: bnc-quantum@quantum3group.com Dec 05 2013 01:06:22      Quantum3 Group LLC,
               PO Box 788,   Kirkland, WA 98083-0788
19932187       E-mail/PDF: rmscedi@recoverycorp.com Dec 05 2013 01:15:44
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
17756912       E-mail/Text: bnc@ursi.com Dec 05 2013 01:05:42       United Recovery Systems,    Po Box 722929,
               Houston, TX 77272-2929
                                                                                              TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17756855*     +Capital Management Services, Inc.,    726 Exchange Street, Ste. 700,    Buffalo, NY 14210-1464
17756856*     +Capital Management Services, Inc.,    726 Exchange Street, Ste. 700,    Buffalo, NY 14210-1464
17756885*     +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
17756887*     +Midland Credit Mgmt,    8875 Aero Dr,   San Diego, CA 92123-2255
17756892*     +Nco Fin/22,    507 Prudential Rd,   Horsham, PA 19044-2308
17756897*     +Northland Group, Inc.,    PO Box 390846,   Minneapolis, MN 55439-0846
17756898*     +Northland Group, Inc.,    PO Box 390846,   Minneapolis, MN 55439-0846
17756902*      Northwestern Medical Faculty Found.,    6840 N. Lake Shore Drive,   Ste. 1000,    Chicago, IL 60611
17756906*     +Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
17756913*      United Recovery Systems,    Po Box 722929,   Houston, TX 77272-2929
17756846      ##Allied Interstate Inc.,    Po Box 6123,   Carol Stream, IL 60197-6123
17756880      ##+Levin & Associates,    Attorney at Law,   130 E Randolph Street Suite 1200,
               Chicago, IL 60601-6216
17756910      ##Target National Bank,    PO Box 59317,   Minneapolis, MN 55459-0317
17756911      ##+Transworld Systems,    PO Box 1864,   Santa Rosa, CA 95402-1864
                                                                                        TOTALS: 0, * 10, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2013                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: dpruitt              Page 3 of 3              Date Rcvd: Dec 04, 2013
                               Form ID: pdf006            Total Noticed: 74
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2013 at the address(es) listed below:
              Alexey Y Kaplan    on behalf of Debtor Helen  Berkun alex@alexkaplanlegal.com
              John E Gierum    jgierum@7trustee.net,   IL25@ecfcbis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```