**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BERKUN, HELEN § Case No. 11-36116
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $16,540.00          Assets Exempt: $15,900.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,519.72          Claims Discharged
                                                     Without Payment: $56,571.98

Total Expenses of Administration: $2,542.33

3) Total gross receipts of $ 14,062.05 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $14,062.05 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,542.33 | 2,542.33 | 2,542.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 35,195.52 | 35,195.52 | 11,519.72 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 56,571.98 | 56,571.98 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $94,309.83 | $94,309.83 | $14,062.05 |

4) This case was originally filed under Chapter 7 on September 02, 2011. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/27/2014          By: /s/JOHN E. GIERUM
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Anticipated income tax return Amount reflects de | 1129-000 | 14,062.05 |
| **TOTAL GROSS RECEIPTS** | | **$14,062.05** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 2,156.21 | 2,156.21 | 2,156.21 |
| JOHN E. GIERUM | 2200-000 | N/A | 15.38 | 15.38 | 15.38 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.72 | 29.72 | 29.72 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.78 | 26.78 | 26.78 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 31.51 | 31.51 | 31.51 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.58 | 28.58 | 28.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.57 | 27.57 | 27.57 |
| Rabobank, N.A. | 2600-000 | N/A | 21.30 | 21.30 | 21.30 |
| Rabobank, N.A. | 2600-000 | N/A | 18.61 | 18.61 | 18.61 |
| Rabobank, N.A. | 2600-000 | N/A | 19.23 | 19.23 | 19.23 |
| Rabobank, N.A. | 2600-000 | N/A | 21.20 | 21.20 | 21.20 |
| Rabobank, N.A. | 2600-000 | N/A | 20.50 | 20.50 | 20.50 |
| Rabobank, N.A. | 2600-000 | N/A | 18.49 | 18.49 | 18.49 |
| Rabobank, N.A. | 2600-000 | N/A | 21.76 | 21.76 | 21.76 |
| Rabobank, N.A. | 2600-000 | N/A | 19.75 | 19.75 | 19.75 |
| Rabobank, N.A. | 2600-000 | N/A | 19.07 | 19.07 | 19.07 |
| Rabobank, N.A. | 2600-000 | N/A | 21.67 | 21.67 | 21.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,542.33** | **$2,542.33** | **$2,542.33** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Illinois Department of Revenue | 5800-000 | N/A | 35,195.52 | 35,195.52 | 11,519.72 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $35,195.52 | $35,195.52 | $11,519.72 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (WFNNB) | 7100-000 | N/A | 3,099.13 | 3,099.13 | 0.00 |
| 2 | Atlas Acquisitions LLC (WFNNB - VICTORIA'S SEC) | 7100-000 | N/A | 1,040.65 | 1,040.65 | 0.00 |
| 3 | Discover Bank | 7100-000 | N/A | 4,102.54 | 4,102.54 | 0.00 |
| 4 | Midland Funding LLC | 7100-000 | N/A | 2,737.48 | 2,737.48 | 0.00 |
| 5 | Quantum3 Group LLC | 7100-000 | N/A | 2,243.70 | 2,243.70 | 0.00 |
| 6 | BArneys New York | 7100-000 | N/A | 2,885.57 | 2,885.57 | 0.00 |
| 7 | Fifth Third Bank | 7100-000 | N/A | 32,342.99 | 32,342.99 | 0.00 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 3,796.22 | 3,796.22 | 0.00 |
| 9 | Us Dept Of Education | 7100-000 | N/A | 4,323.70 | 4,323.70 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $56,571.98 | $56,571.98 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-36116
**Case Name:** BERKUN, HELEN

**Period Ending:** 05/27/14

**Trustee:** (520171) JOHN E. GIERUM
**Filed (f) or Converted (c):** 09/02/11 (f)
**§341(a) Meeting Date:** 09/30/11
**Claims Bar Date:** 03/26/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Checking account at Bank of America<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 2  Savings account at ING Direct<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 3  Savings account at Bank of America<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 4  Checking account at Bank of American in name of<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5  Debtor is trustee to minor son's checking accoun<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 6  General and ordinary household goods and furnish<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 7  Necessary wearing apparel<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 8  100% shareholder of Missred, Inc. 100% sharehold<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 140.00 | | 0.00 | FA |
| 9  Child support<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 7,500.00 | 0.00 | | 0.00 | FA |
| 10  Anticipated income tax return Amount reflects de<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100,000.00 | 100,000.00 | | 14,062.05 | FA |
| 11  2006 VW Touareg with aprox. 75,000 miles (held j<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 5,000.00 | 0.00 | | 0.00 | FA |
| 12  Camera and lenses owned by debtor used for busin | 2,000.00 | 500.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-36116  
**Case Name:** BERKUN, HELEN

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 09/02/11 (f)  
**§341(a) Meeting Date:** 09/30/11

**Period Ending:** 05/27/14

**Claims Bar Date:** 03/26/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12  Assets  Totals (Excluding unknown values) | $116,540.00 | $100,640.00 | | $14,062.05 | $0.00 |

**Major Activities Affecting Case Closing:**

TFR approved and checks sent out 1/14.

**Initial Projected Date Of Final Report (TFR):**  December 31, 2013      **Current Projected Date Of Final Report (TFR):**  December 3, 2013 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-36116 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | BERKUN, HELEN | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******32-66 - Checking Account |
| Taxpayer ID #: | **-***4865 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 05/27/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/12/12 | {10} | Bk Est. of Alex Gershbeyn, Debtor | tax refund settlement | 1129-000 | 14,062.05 | | 14,062.05 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 14,037.05 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.72 | 14,007.33 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.78 | 13,980.55 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.51 | 13,949.04 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.58 | 13,920.46 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.57 | 13,892.89 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052017188 20130103 | 9999-000 | | 13,892.89 | 0.00 |
| | | | ACCOUNT TOTALS | | 14,062.05 | 14,062.05 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 13,892.89 | |
| | | | Subtotal | | 14,062.05 | 169.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $14,062.05 | $169.16 | |

{} Asset reference(s)   Printed: 05/27/2014 04:23 PM   V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-36116  
**Case Name:** BERKUN, HELEN  

**Taxpayer ID #:** **-***4865  
**Period Ending:** 05/27/14  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 13,892.89 | | 13,892.89 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.30 | 13,871.59 |
| 02/08/13 | 10101 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2013 FOR CASE #11-36116, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2013 | 2200-000 | | 15.38 | 13,856.21 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.61 | 13,837.60 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.23 | 13,818.37 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.20 | 13,797.17 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.50 | 13,776.67 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.49 | 13,758.18 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.76 | 13,736.42 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.75 | 13,716.67 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.07 | 13,697.60 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.67 | 13,675.93 |
| 01/16/14 | 10102 | JOHN E. GIERUM | Dividend paid 100.00% on $2,156.21, Trustee Compensation; Reference: | 2100-000 | | 2,156.21 | 11,519.72 |
| 01/16/14 | 10103 | Illinois Department of Revenue | First and Final Distribution | 5800-000 | | 11,519.72 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 13,892.89 | 13,892.89 | $0.00 |
| Less: Bank Transfers | 13,892.89 | 0.00 | |
| **Subtotal** | 0.00 | 13,892.89 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$13,892.89** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******32-66 | 14,062.05 | 169.16 | 0.00 |
| Checking # ******4766 | 0.00 | 13,892.89 | 0.00 |
| | **$14,062.05** | **$14,062.05** | **$0.00** |

{} Asset reference(s)   Printed: 05/27/2014 04:23 PM   V.13.15